UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, *et al.*,<br><br>Defendants. | No. 1:24-cv-00857-TSC |

**Joint Motion to Stay Proceedings and Extend Response Time**

On March 26, 2024, Plaintiffs filed a complaint alleging that the U.S. Food and Drug Administration ("FDA") violated the Administrative Procedure Act, 5 U.S.C. § 706(a), by unreasonably delaying decisions on two Citizen Petitions relating to FDA's approval of the animal drug ractopamine. Defendants intend to move to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(1) on the ground that Plaintiffs lack standing. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' motion is currently due May 28, 2024.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties respectfully request to stay this litigation, and to extend Defendants' deadline to respond to the Complaint, until 60 days after the Supreme Court issues its decision in the consolidated cases *FDA v. Alliance for Hippocratic Medicine*, No. 23-235, and *Danco Laboratories LLC v. Alliance for Hippocratic Medicine*, No. 23-236 (collectively, *Alliance*). *Alliance* involves,

among other issues, a plaintiff association's standing to challenge FDA's changes to the approved conditions of use of a drug. The United States District Court for the District of Maryland recently recognized that the forthcoming decision in *Alliance* could alter the landscape of legal challenges to FDA drug decisions and stayed an action challenging FDA's approval of certain antibiotics in anticipation of *Alliance's* potential to "clarify[] when an association has standing on behalf of its members to challenge . . . FDA's approval and approved use conditions of a drug." Letter Order Staying Case ("D. Md. Stay Order") at 2, ECF No. 28, *Alliance for Nurses for Healthy Env'ts v. FDA*, No. 8:23-cv-00176-DLB (D. Md. Feb. 21, 2024). *Alliance* was argued on March 26, 2024 and the parties are now awaiting the Supreme Court's decision.

"The power to stay proceedings is . . . inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (internal quotation omitted). "A trial court has broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *Fonville v. District of Columbia*, 766 F.Supp.2d 171, 172 (D.D.C. 2011) (internal quotation omitted). The Supreme Court's decision in *Alliance* is likely to affect briefing of the standing arguments the parties will make in FDA's forthcoming motion to dismiss. *See* D. Md. Stay Order (staying challenge to animal drug approval pending decision in *Alliance*). Issuing a stay here, accordingly, would provide the parties the benefit of the *Alliance* decision and thereby avoid the need for supplemental briefing while preserving the Court's and the parties' resources.

For these reasons, the parties respectfully request that the Court enter an order: (1) staying this case until 60 days after the Supreme Court issues its decision in *Alliance*, and (2) extending to the same date Defendants' Rule 12(a)(2) deadline to respond to the Complaint.

This is the parties' first request to extend this deadline. A proposed order is attached.

| | |
|---|---|
| May 22, 2024 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and Human Services | ARUN G. RAO<br>Deputy Assistant Attorney General |
| MARK RAZA<br>  Chief Counsel<br>  Food and Drug Administration | AMANDA N. LISKAMM<br>Director |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | LISA K. HSIAO<br>Senior Deputy Director |
| LESLIE COHEN<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>Food and Drug Administration<br>10903 New Hampshire Ave.<br>White Oak Building 31<br>Silver Spring, MD 20993-002 | HILARY K. PERKINS<br>Assistant Director<br><br>*/s/ Garbriel I. Schonfeld*<br>GABRIEL I. SCHONFELD<br> (D.C. Bar No. 155539)<br>KIMBERLY R. STEPHENS<br> (N.Y. Bar No. 4656013)<br>Trial Attorneys<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 353-1531 (Schonfeld) |

        (202) 305-0033 (Stephens)
        (202) 514-8742 (fax)
        Gabriel.I.Schonfeld@usdoj.gov
        Kimberly.R.Stephens@usdoj.gov


*/s/ Larissa U. Liebmann*


ANIMAL LEGAL DEFENSE FUND

Larissa U. Liebmann, Bar No. NY0342
767 Broadway #1209
Manhattan, NY 10003
(707) 795-2533
LLiebmann@aldf.org

Daniel H. Waltz, Bar No. D00424
611 Pennsylvania Ave., S.E. #484
Washington, D.C. 20003
(707) 795-2533
dwaltz@aldf.org

Mary-Bailey Frank, *pro hac vice forthcoming*
3600 N. Duke St. STE 1 #1131
Durham, NC 27704
(707) 795-2533
bfrank@aldf.org

*Attorneys for Plaintiffs Animal Legal Defense Fund, Center for Food Safety, Center for Biological Diversity, and Food Animal Concerns Trust*


CENTER FOR FOOD SAFETY

Sylvia Shih-Yau Wu (CA Bar No. 273549)
600 California Street, Suite 12-013
San Francisco, CA 94108
Phone: (415) 826-2770
Email: swu@centerforfoodsafety.org

*Attorney for Plaintiff Center for Food Safety*

4