UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, in his official capacity, *et al.*,<br><br>Defendants. | No. 1:24-cv-00857-TSC |

**Consent Motion to Extend Defendants' Time to Respond to the Complaint**

Defendants respectfully move for a 30-day extension of their time to answer or otherwise respond to Plaintiffs' complaint. The parties have conferred and Plaintiffs consent to this motion.

On March 26, 2024, Plaintiffs filed a complaint alleging that the U.S. Food and Drug Administration ("FDA") violated the Administrative Procedure Act, 5 U.S.C. § 706(a), by unreasonably delaying decisions on two Citizen Petitions relating to FDA's approval of the animal drug ractopamine. This Court subsequently stayed the litigation, and extended Defendants' time to answer or otherwise respond to the Complaint under Federal Rule of Civil Procedure 12(a)(2), until 60 days after the Supreme Court ruled in *Food and Drug Administration v. Alliance for Hippocratic Medicine*, 144 S. Ct. 1540 (2024). *See* Minute Order (May 22, 2024). *Alliance* was decided on June 13, 2024. Defendants' deadline to answer or otherwise respond is currently August 12, 2024.

The parties are discussing a potential resolution of Plaintiffs' unreasonable-delay claims. A 30-day extension of Defendants' time to answer or otherwise respond would allow discussions to continue and potentially result in an agreement that conserves the Court's and the parties' resources.

For these reasons, Defendants respectfully request that the Court enter an order extending their Rule 12(a)(2) deadline to respond to the Complaint to September 11, 2024.

This is the Defendants' second request to extend this deadline. A proposed order is attached.

July 31, 2024                                    Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney
                                                   General

                                                 ARUN G. RAO
                                                 Deputy Assistant Attorney General

                                                 AMANDA N. LISKAMM
                                                 Director

                                                 LISA K. HSIAO
                                                 Senior Deputy Director

                                                 HILARY K. PERKINS
                                                 Assistant Director

                                                 */s/ Gabriel I. Schonfeld*
                                                 GABRIEL I. SCHONFELD
                                                  (D.C. Bar No. 155539)
                                                 KIMBERLY R. STEPHENS
                                                  (N.Y. Bar No. 4656013)
                                                 Trial Attorneys

Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 353-1531 (Schonfeld)
(202) 305-0033 (Stephens)
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov
Kimberly.R.Stephens@usdoj.gov